RITA F. KALINOWSKI, an Infant, by John KALINOWSKI, Her Guardian ad Litem, Appellant, *v.* JOSEPH T. RYERSON & SON, INC., Respondent, Impleaded with Others.

JOHN KALINOWSKI, Appellant, *v.* JOSEPH T. RYERSON & SON, INC., Respondent, Impleaded with Others.

(Argued January 10, 1936; decided January 28, 1936.)

*Philip Halpern, Milton H. Friedman, Emil L. Cohen* and *William J. Brock* for appellants.

*Thomas R. Wheeler, William P. Stewart* and *Ernest J. Brown* for respondent.

In each case, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.